**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Civil Action No.: 12-cv-01497-JLK

ELVA RAY LILLARD on behalf of Himself and all other similarly situated,

    Plaintiff,

v.

SUNFLOWER FARMERS MARKET, INC,

    Defendant.

---

**FINAL JUDGMENT**

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Motion To Dismiss [Docket No. 8] entered by Judge John L. Kane on November 27, 2012, incorporated herein by reference, it is

ORDERED that the Defendant Sunflower Farmers Markets, Inc.'s Motion To Dismiss Plaintiff's Amended Class Action Complaint, filed September 12, 2012; [Docket No. 5] is GRANTED.  Accordingly, It is

FURTHER ORDERED that final judgment is hereby entered in favor of the defendant Sunflowers Farmers Market, Inc. and against Elva Ray Lillard.

Dated at Denver, Colorado this 29th day of November, 2012.

                                    FOR THE COURT:

                                    JEFFREY P. COLWELL, CLERK

                                    By: s/ Edward P. Butler
                                    Edward Butler, Deputy Clerk